IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH JAY FLYNN, | CV 19-58-M-DLC-JCL |
| Plaintiff, | |
| vs. | ORDER |
| SALENE KOEPKE, KIRSTEN PAPST, KAREN TOWNSEND, ROBERT THOMPSON, JOHN SMITH, SCOTT ALBERS, HERMAN WATSON III, HERMAN WATSON IV, MARK FULLERTON, and COLIN STEVENS, | |
| Defendants. | |

Plaintiff Kenneth Flynn, appearing pro se, moves for additional time to effect service of the summonses and complaint on Defendants. Therefore, IT IS HEREBY ORDERED that the Fed. R. Civ. P. 4(m) deadline for effecting service on Defendants is extended to August 23, 2019. But if Flynn does not effect service by August 23, 2019, this action will be dismissed pursuant to Rule 4(m).

Flynn also requests an extension of the pretrial conference deadlines. But based on his representations in his pleadings, it appears he may be close to completing service of process on Defendants. Therefore, IT IS HEREBY ORDERED Flynn's motion to extend the pretrial conference deadlines is DENIED.

DATED this 24th day of July, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1